ANGELO FORNASIERO, Appellant, v. MAMIE FORNASIERO, Respondent.— Order granting temporary alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying motion for reargument

dismissed. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., not voting.